UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Shannon Jamielle Johnson**,

Soc. Sec. No. xxx-xx-2042
Mailing Address: 4920 Edgerton Drive, Apt 123, Raleigh, NC 27612-

Debtor.

Case No.: 19-80519

Chapter 13

## AFFIDAVIT REGARDING SERVICE OF PLAN

I, Angel West, certify that on 7/17/19, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Bridgecrest Acceptance Corporation
c/o Corporation Service Co., Reg Agent
ATTN: Officer
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

and  by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 7/17/19

/s Angel West
Angel West

CertificateOfService.wpt (rev. 7/4/18)

| | | |
|---|---|---|
| Acima Credit<br>9815 S Monroe Street<br>4th Floor<br>Sandy, UT 84070 | Amcol Systems, Inc. **<br>111 Lancewood Road<br>Columbia, SC 29210 | AmeriFinancial Solutions, LLC ****<br>Post Office Box 65018<br>Baltimore, MD 21264-5018 |
| AT&T Mobility *******<br>c/o Bankruptcy<br>1801 Valley View Lane<br>Dallas, TX 75234 | Bridgecrest Acceptance Corporation<br>Attn: Officer<br>Post Office Box 2997<br>Phoenix, AZ 85062 | Bridgecrest Acceptance Corporation<br>c/o Corporation Service Co., Reg Agent<br>ATTN: Officer<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 |
| CCS*<br>PO Box 21504<br>Roanoke, VA 24018 | CNAC<br>c/o Piedmont Finance Corp.<br>3601 Durham-Chapel Hill Blvd.<br>Durham, NC 27707 | Duke Medicine<br>5213 South Alston Avenue<br>Durham, NC 27713 |
| Durham County Health Department<br>414 E Main St<br>Durham, NC 27701 | Durham Radiology Associates, Inc.<br>Post Office Box 13166<br>Roanoke, VA 24031-3166 | ERC ****<br>Post Office Box 57610<br>Jacksonville, FL 32241 |
| FirstPoint Collection Resources ***<br>P.O. Box 26140<br>Greensboro, NC 27402-6140 | Geico ***<br>Regional Office<br>One GEICO Center<br>Macon, GA 31296-0001 | Internal Revenue Service (MD)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| Kross, Lieberman and Stone, Inc **<br>P.O. Box 565<br>Morrisville, NC 27560-0565 | Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 | Nationwide Insurance Company**<br>One Nationwide Plaza<br>Columbus, OH 43215-2220 |
| Navient**<br>Dept. of Education Loan Svcs.<br>Post Office Box 9635<br>Wilkes Barre, PA 18773-9635 | NC Child Support Enforcement (**)<br>Bankruptcy Reporting Contact<br>Post Office Box 20800<br>Raleigh, NC 27619-0800 | NC Department of Justice<br>for NC Department of Revenue<br>Post Office Box 629<br>Raleigh, NC 27602-0629 |
| North Carolina Dept. of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | Optimum Outcomes Inc **<br>P.O. Box 58015<br>Raleigh, NC 27658 | Progressive Leasing<br>Post Office Box 413110<br>Salt Lake City, UT 84141-3110 |
| Progressive Leasing<br>11629 South 700 East<br>Draper, UT 84020 | Raleigh Pathology Lab Assoc PA<br>Post Office Box 876<br>Greenville, NC 27835-0876 | REX Healthcare***<br>Attn: Patient Financial Services<br>4420 Lake Boone Trail<br>Raleigh, NC 27607 |
| State Employees' Credit Union****<br>Post Office Box  28540<br>Raleigh, NC 27611-8540 | Stern Recovery Services, Inc.<br>Post Office Box 14899<br>Chapel Hill, NC 27515-4899 | T-Mobile***<br>Customer Relations<br>Post Office Box 37380<br>Albuquerque, NM 87176-7380 |

The Honorable Matthew Whitaker
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

UNC Health Care***
Customer Service
PO Box 168
Chapel Hill, NC 27514

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

US Department of Education***
Direct Loan Servicing Center
Post Office Box 5609
Greenville, TX 75403-5609

Verizon Wireless Bankruptcy Admin.*
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

Wake County Tax Collector **
Attn: Officer
Post Office Box 2331
Raleigh, NC 27602

Wake Emergency Physicians
Post Office Box 890053
Charlotte, NC 28289

Wake Orthopaedics, LLC
3009 New Bern Avenue
Raleigh, NC 27610-1214

Wake Radiology Consultants
Post Office Box 19368
Raleigh, NC 27619-9368

WakeMed ***
Attn: Bankruptcy Managing Agent
Post Office Box 29516
Raleigh, NC 27626

Woodforest National Bank*
251 Premier Blvd
Roanoke Rapids, NC 27870